UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DAVID LEWIS RANSON,

Case No. 22-cv-02413-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This suit was reassigned from a magistrate judge to the undersigned in light of the Ninth Circuit decision in *Williams v. King*.[1]

Plaintiff, an inmate at the Maple Street Correctional Center, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. Plaintiff filed an *in forma pauperis* application; however, he filed an incomplete copy of his certificate of funds because it was not signed by an authorized officer at the prison and he did not file a copy of his prisoner trust account statement. Dkt. 2.

On April 18, 2022, the Clerk of the Court notified plaintiff that his *in forma pauperis* application was deficient due to the failure to include a certificate of funds that was completed and signed by an authorized officer at the prison and did not file a copy of his prisoner trust account statement. Dkt. 4. The Clerk further informed him that his action could not go forward until he filed the necessary documents within twenty-eight days, and that his failure to do so would result in dismissal of this action. *Id.*

More than twenty-eight days have passed and plaintiff has submitted neither a certificate of funds nor a copy of his prisoner trust account statement.

---

[1] *Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial screening because unserved defendants had not consented to proceed before magistrate judge).

1  Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's *in forma*
2  *pauperis* application is DENIED as incomplete. Dkt. 2.
3  The Clerk shall terminate all pending motions and close the file.
4  IT IS SO ORDERED.
5  Dated: June 13, 2022

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge